UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:06-CR-10 |
| | ) | |
| THEODORE ARTHUR HOGAN | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge, [Doc 37]. The defendant has filed no objections to this report. After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 37], it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED** and defendant's Motion To Dismiss [Doc. 26] is **DENIED**.

ENTER:

                                                  s/J. RONNIE GREER
                                  UNITED STATES DISTRICT JUDGE